|  | **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *[signature]*<br>**Mark M. Randall**<br>County Court Judge |

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Feb 2 2011 8:35AM MST
Filing ID: 35886050
Review Clerk: Karla Beston

1 Feb. 2011

MOTION:

ALL FOUR CASES ARE REQUESTED TO BE TRANSFERED TO DIST. COURT.

SIGN,
Gen. L. G——
INVT.

1) 11C41440
2) 11C41441
3) 11C41442
4) ―――

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County-County Court 1st JD |
| **Judge:** | Mark Randall |
| **Alternate Judge:** | Amber Roth |
| **File & Serve Transaction ID:** | 35699515 |
| **Current Date:** | Feb 01, 2011 |
| **Case Number:** | 2011C41441 |
| **Case Name:** | GRIER, GEN L vs. CHASE BANK |
| **Court Authorizer:** | Mark Randall |

**/s/ Judge Mark Randall**

FILED
COMBINED COURT
JEFFERSON COUNTY, CO

11 FEB -1 PM 1:16

1 Feb. 2011

MOTION:

ALL FOUR CASES ARE REQUESTED TO BE TRANSFERED TO DIST. COURT.

SIGN,

Gen. L. Gri
INV.

1) 11C41440
2) 11C41441
3) 11C41442
4) _____

SCANNED & E-FILED