**GRANTED WITH COMMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Feb 15 2011  8:10AM MST
Filing ID: 35951493
Review Clerk: Luz Ruiz

JEFFERSON COUNTY, CO
11 FEB -1 PM 1:18

11C 41441

"Amended Motion" 11C41442

plus

"Amended" "Judgement Clause";

I. I plaintiff, A Mr. Gen. L. Grier; am correcting error in refferrance (Re-) Set — Amount of Relief. — Sign, Gen L. Gri
   Int.

IV. — Relief Judgements — should reads — As follows:

1. Chase Bank = $500,000 plus $15.⁰⁰
2. Verizon = 1.4 mil. plus $500.⁰⁰
3. Radio Shack = $200,000 plus $500.⁰⁰
4. Foreign Car Specialist = $160,000.⁰⁰

Gen L.
Int.  

SCANNED
E-FILED

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 35883066 |
| **Current Date:** | Feb 15, 2011 |
| **Case Number:** | 2011CV459 |
| **Case Name:** | GRIER, GEN L vs. CHASE BANK |
| **Court Authorizer:** | Margie Enquist |

**Court Authorizer Comments:**

Court will construe as a motion to amend the complaint. --MLE 02 15 11.

**/s/ Judge Margie Enquist**