IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00540-REB-BNB

GEN. L. GRIER,

Plaintiff,

v.

CHASE BANK,

Defendant.

_____

# ORDER
_____

This matter arises on two papers filed by the plaintiff on April 18, 2011:

1. **Motion to Trail** [sic] **Date Hearing Requested** [Doc. #21] (the "Motion"); and

2. **Notice of Hearing** [Doc. #22] (the "Notice").

The papers are unintelligible. For instance, the Notice states:[1]

> In refferrence to the above case matter, and while I by being from
> another states' jurisdiction, case calander at clerks' office is
> unaware, because ironic and stall office Iclers') people non - de -
> nogociations morover; calander of court-dates, hads not been
> introduced.

*Notice*, p. 3.[2]

A motion must "state the relief sought" and "state with particularity the grounds for

seeking the order." Fed.R.Civ.P. 7(1). The papers fail to clearly state the relief sought by the

---

[1] I have quoted the plaintiff's filings as written, without correction or acknowledgment of error.

[2] I cite to the page numbers of the Notice as they are assigned by the court's docketing system.

plaintiff or the grounds for such relief. To the extent the plaintiff is attempting to request or set a hearing or a trial, the request is denied. The plaintiff has not provided any comprehensible basis for setting a hearing or a trial, and on the record before me, neither a hearing nor a trial are appropriate.[3]

Moreover, the plaintiff does not certify that he served a copy of the papers on counsel for the defendant. Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

IT IS ORDERED:

(1) Any relief sought in the papers is DENIED;

(2) In the future, all requests for court orders shall state the relief sought and shall state with particularity the grounds for seeking the order;

(3) All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

---

[3]The plaintiff has recently been ordered to file a complaint that complies with Fed.R.Civ.P. 8; D.C.COLO.LCivR 8.1A; and my order [Doc. #15].

(4)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated April 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge