**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00540-REB-BNB

GEN. L. GRIER,

    Plaintiff,

v.

CHASE BANK

    Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#26][1] filed May 17, 2011. Because no objections to the recommendation have been filed, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition of this case, I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#26] filed

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

May 17, 2011, is **APPROVED AND ADOPTED** as an order of this court;

    2. That this action is **DISMISSED WITH PREJUDICE** based on the plaintiff's failure to comply with the Federal Rules of Civil Procedure, the local rules of this court, and an order of this court;

    3. That **JUDGMENT SHALL ENTER** in favor of the defendant, Chase Bank, against the plaintiff, Gen. L. Grier;

    4. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    5. That this case is **CLOSED**.

Dated July 19, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge